THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY WISE, Appellant.

Decided September 17, 2009

Reported below, 61 AD3d 900.

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no civil appeal lies from the order of the Appellate Division entered in this criminal proceeding (*see* NY Const, art VI, § 3 [b]; CPLR 5601; CPL 450.90).

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GREGORY BOOMER, Appellant, v JAMES CONWAY, Respondent.

Submitted July 13, 2009; decided September 17, 2009

Motion for leave to appeal dismissed upon the ground that it does not lie from the order of an individual Justice of the Appellate Division (*see* NY Const, art VI, § 3; CPLR 5602).

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAVID KAE, Appellant, v JAMES T. CONWAY, Superintendent, Attica Correctional Facility, Respondent.

Submitted July 13, 2009; decided September 17, 2009

Reported below, 2009 NY Slip Op 70296(U).

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.